MCGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NOS. 2:16-CR-00046 GEB; 2:16-CR-00001 GEB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| ZALATHIEL AGUILA, | |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on August 3, 2018.

2. By this stipulation, the parties now move to continue the status conference until August 24, 2018, and to exclude time between August 3, 2018, and August 24, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced approximately 32,161 pages of discovery directly to defense counsel in this matter to date, as well as multiple audiovisual disks not included in that page count. This discovery consists of investigative reports, audio recordings, banking records, escrow files, loan files, various subpoena returns, and other documents obtained or created in the course of the investigation. Moreover, this discovery includes an image of a hard drive obtained during the investigation related to the Capital Access business, containing voluminous files that have not been individually Bates-stamped for pagination count. Finally, defense counsel has

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED]
FINDINGS AND ORDER

1

been informed that the government is in possession of additional documents available for inspection and copying at its offices.

  b) Counsel for defendant desires additional time to review this voluminous discovery, consult with her client, conduct investigation and research, and to otherwise evaluate the case and prepare for trial.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not oppose the request for a continuance, but has advised defense counsel that it will oppose any further continuances.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 3, 2018 to August 24, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 30, 2018        MCGREGOR W. SCOTT
                 United States Attorney

                 /s/ MATTHEW M. YELOVICH
                 MATTHEW M. YELOVICH
                 Assistant United States Attorney

Dated: July 30, 2018                    /s/ SHARI RUSK
                                        SHARI RUSK
                                        Counsel for Defendant
                                        ZALATHIEL AGUILA

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: August 1, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge