McGREGOR W. SCOTT
United States Attorney
CHRISTINA McCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ZALATHIEL AGUILA,<br><br>            Defendant. | CASE NO. 2:16-CR-00046-TLN<br><br>ORDER GRANTING EXTENSION OF TIME |

On July 16, 2020, the government requested a one-week extension of time, until July 27, 2020, to file its response to Defendant Aquila's renewed motion for release filed pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).

The government's request to file its response brief is granted. The response shall be filed by July 27, 2020.

IT IS SO ORDERED.

DATED: July 16, 2020

_____
Troy L. Nunley
United States District Judge

ORDER                                                                                     1