PHILLIP A. TALBERT
Acting United States Attorney
CHRISTINA McCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZALATHIEL AGUILA,<br><br>Defendant. | CASE NO. 2:16-CR-00046-TLN<br><br>STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. On July 19, 2021, the Ninth Circuit vacated and remanded the denial of Aguila's motion for compassionate release. Docket No. 219.

2. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

    a) The defendant's opening brief filed on or before August 20, 2021;

    b) The government's reply brief filed on or before August 31, 2021;

    c) The defendant's optional reply brief filed on or before September 14, 2021.

IT IS SO STIPULATED.

Dated:  July 20, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ CHRISTINA McCALL
CHRISTINA McCALL
Assistant United States Attorney

Dated:  July 20, 2021

/s/ SHARI RUSK
SHARI RUSK
Counsel for Defendant
ZALATHIEL AGUILA

### ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a briefing schedule regarding the defendant's motion for sentence reduction:

a) The defendant's opening brief filed on or before August 20, 2021;

b) The government's reply brief filed on or before August 31, 2021;

c) The defendant's optional reply brief filed on or before September 14, 2021.

IT IS SO FOUND AND ORDERED this 20th day of July, 2021.

Troy L. Nunley
United States District Judge