SHARI RUSK
ATTORNEY FOR DEFENDANT
ZALATHIEL AGUILA
P.O. Box 188945
Sacramento, CA 95818
Telephone: (916) 804-8656
Email: rusklaw@att.ne

Attorney for Defendant
Zalathiel Aguila

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00046-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| ZALATHIEL AGUILA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. On July 19, 2021, the Ninth Circuit vacated and remanded the denial of Aguila's motion for compassionate release. Docket No. 219.

2. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

    a)    The defendant's opening brief filed on or before August 27, 2021;

    b)    The government's reply brief filed on or before September 8, 2021;

    c)    The defendant's optional reply brief filed on or before September 22, 2021.

IT IS SO STIPULATED.

Dated:  August 17, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ CHRISTINA McCALL
CHRISTINA McCALL
Assistant United States Attorney

Dated:  August 17, 2021

/s/ SHARI RUSK
SHARI RUSK
Counsel for Defendant
ZALATHIEL AGUILA

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a briefing schedule regarding the defendant's motion for sentence reduction:

a) The defendant's opening brief filed on or before August 27, 2021;

b) The government's reply brief filed on or before September 8, 2021;

c) The defendant's optional reply brief filed on or before September 22, 2021.

IT IS SO FOUND AND ORDERED this 17th day of August, 2021.

Troy L. Nunley
United States District Judge